McCORRISTON MILLER MUKAI MacKINNON LLP

DAVID J. MINKIN          3639-0
minkin@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  808-529-7300
Facsimile:   808-524-8293

Attorney for Defendant
GC SERVICES LIMITED PARTNERSHIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| LISA HATZENBUHLER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>　　　　　Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. CV07-00343 DAE BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER<br><br><br><br>TRIAL DATE:  October 7, 2008 |

STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO ALL CLAIMS AND PARTIES

　　　　Defendant GC SERVICES LIMITED PARTNERSHIP, by and through its attorneys McCorriston Miller Mukai MacKinnon LLP, and Plaintiff LISA HATZENBUHLER, by and through her

174608.1

attorney, John Harris Paer, stipulate to the dismissal of this action with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear their own fees and costs.  There are no remaining claims or parties.  Trial of this matter is set for October 7, 2008.

DATED:  Honolulu, Hawai`i, January 22, 2008.

/s/ David J. Minkin
DAVID J. MINKIN
Attorney for Defendant
GC SERVICES LIMITED PARTNERSHIP

/s/ John Harris Paer
JOHN HARRIS PAER
Attorney for Plaintiff
LISA HATZENBUHLER

APPROVED AND SO ORDERED:
DATED: Honolulu, Hawaii, January 24, 2008.



David Alan Ezra
United States District Judge

---

Hatzenbuhler vs. GC Services Limited Partnership; Civil No. 07-00343 DAE BMK; STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER